FILED

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _08CR2632-H_ |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| ELIAZAR DIAZ-CHAVEZ, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony); |
| Defendant. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about ____7/9/2008____, within the Southern

District of California, defendant ELIAZAR DIAZ-CHAVEZ, being an alien,

unlawfully entered or attempted to enter the United States at a time

and place other than as designated by immigration officers, and eluded

examination and inspection by immigration officers, and attempted to

enter or obtained entry to the United States by a willfully false or

misleading representation or the willful concealment of a material

fact; in violation of Title 8, United States Code, Section 1325, a

misdemeanor.

//

//

//

CJB:kmm:Imperial
8/6/08

1

<u>Count 2</u>

2    On or about ____7/10/2008____, within the Southern

3 District of California, defendant ELIAZAR DIAZ-CHAVEZ, being an alien,

4 unlawfully entered or attempted to enter the United States at a time

5 and place other than as designated by immigration officers, and eluded

6 examination and inspection by immigration officers, and attempted to

7 enter or obtained entry to the United States by a willfully false or

8 misleading representation or the willful concealment of a material

9 fact and previously committed the offense of illegal entry, as alleged

10 in Count 1; all in violation of Title 8, United States Code,

11 Section 1325, a felony.

12

<u>Count 3</u>

13    On or about July 11, 2008, within the Southern District of

14 California, defendant ELIAZAR DIAZ-CHAVEZ, being an alien, unlawfully

15 entered or attempted to enter the United States at a time and place

16 other than as designated by immigration officers, and eluded

17 examination and inspection by immigration officers, and attempted to

18 enter or obtained entry to the United States by a willfully false or

19 misleading representation or the willful concealment of a material

20 fact and previously committed the offense of illegal entry, as alleged

21 in Count 1; all in violation of Title 8, United States Code,

22 Section 1325, a felony.

23    DATED: <u>August 7, 2008</u> .

24                                KAREN P. HEWITT
                                 United States Attorney
25

26

27                                CARLA J. BRESSLER
                                 Assistant U.S. Attorney
28