AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

Eliazar Diaz-Chavez

WAIVER OF INDICTMENT

CASE NUMBER: 08cr 2632-H

I, __Eliazar Diaz-Chavez__, the above named defendant, who is accused of 3 Counts of illegal Entry - Count 1 - illegal Entry a misdemeanor 8 U.S.C. § 1326

Count 2 - illegal Entry a felony 8 U.S.C. § 1326

Count 3 - illegal Entry a felony 8 U.S.C. § 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____8/7/08____ prosecution by indictment and consent that the pro-
                                       Date
ceeding may be by information rather than by indictment.

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
           Judicial Officer