AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

~~Superceding Information~~

WAIVER OF INDICTMENT

CASE NUMBER: 08cr 2632 - H

I, __Eliozar Diaz-Chavez__, the above named defendant, who is accused of

__3 Counts of 8 U.S.C. § 1325 Illegal Entry.__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/4/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer